No. 2905. RIVERA ET AL., APELANTES, *v.* RIVERA, APELADO. Corte de Distrito de Guayama. Resuelto en noviembre 28,

1922. Examinada la moción de desestimación presentada por el apelado y la certificación que se acompaña, se declara con lugar y se desestima la apelación.